# RB REES BROOME, PC

———————— ATTORNEYS AT LAW

1900 Gallows Road, Suite 700
Tysons Corner, Virginia 22182
Phone: (703) 790-1911
Fax: (703) 848-2530
www.reesbroome.com

JOEL M. BIRKEN*
JONATHAN J. BROOME, JR.
JOHN F. BOLAND*
JUAN R. CARDENAS
BRUCE E. TITUS*+
PETER S. PHILBIN+
WILLIAM P. DALY, JR.+
ANDREW B. GOLKOW*
SUSAN RICHARDS SALEN*+
MARK P. GRAHAM
TODD A. SINKINS*
MARK A. MOORSTEIN*
ROBERT J. CUNNINGHAM, JR.+•
KIMBERLEY M. O'HALLORAN-PEREZ+•
DAVID J. CHARLES*
STEPHEN J. ANNINO*+
PATRICK M. VIA
JAMES M. LEWIS*
URSULA KOENIG BURGESS+
ANDREW N. FELICE*
STEPHEN D. CHARNOFF*+

JAMES M. REES (1941-1986)

\* ALSO ADMITTED IN DC
\+ ALSO ADMITTED IN MARYLAND
• ALSO ADMITTED IN WEST VIRGINIA
· ALSO ADMITTED TO PATENT BAR

COUNSEL
ROBERT W. WOOLDRIDGE, JR.
JOSEPH M. KAISMIER*
DANIEL R. GROPPER*
RORY K. NUGENT
LESLIE S. BROWN**

ASSOCIATES
M. JOSEPH PIERCE*+
DOUGLAS Q. LAY*•
COURTNEY B. HARDEN*
ERIK W. FOX*
TIFFANY J. BURTON+
GINA E. SCHUMACHER*
JORDY L. MURRAY
KELLY C. ZOOK
MAUREEN E. CARR*+
WINTA MENGISTEAB+•
KATHLEEN N. MACHADO*
HILLARY ANNE COLLINS+*
ALISON R. MULLINS*+
MARIAM W. TADROS*
JOSEPH J. SHANNON
MARGUERITE L. SELTON+

September 18, 2013

**VIA COURIER**
Clerk
US District Court
Eastern District of VA
401 Courthouse Square
Alexandria, VA 22314

1:13CV1175-LO/TCB

    Re: New Case

Dear Clerk:

  Please find enclosed one (1) complaint with exhibits, the civil cover sheet and three (3) copies each of the summons for both defendants. Please file stamp and return one complete copy of this package with the courier. If you have any questions, please contact me directly.

        Best regards,

        REES BROOME, PC

        By: _/s/ Jocelyn L. Saunders_
        Jocelyn L. Saunders
        Floating Litigation Secretary