```
Court Name: United States District Court
Division: 1
Receipt Number: 14683038807
Cashier ID: sbrown
Transaction Date: 09/19/2013
Payer Name: REES BROOME PC
-----------------------------------
CIVIL FILING FEE
 For: REES BROOME PC
 Amount:          $400.00
-----------------------------------
CHECK
 Remitter: REES BROOME PC
 Check/Money Order Num: 37515
 Amt Tendered:   $400.00
-----------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

FILING FEE
113CV1175
```