# RB  REES BROOME, 1
───────ATTORNEYS AT LAW

8133 Leesburg Pike, Ninth Floor
Vienna, Virginia 22182-2706
Phone: (703) 790-1911
Fax: (703) 848-2530
www.reesbroome.com

7430 Heritage Village Plaza, Suite 202
Gainesville, Virginia 20155
Phone: (571) 261-1970
Fax: (571) 261-5873

JOEL M. BIRKEN*
JONATHAN J. BROOME, JR.
JOHN F. BOLAND'
JUAN R. CARDENAS
BRUCE E. TITUS*+
PETER S. PHILBIN+
WILLIAM P. DALY, JR.
ANDREW B. GOLKOW*
SUSAN RICHARDS SALEN*+
MARK P. GRAHAM
TODD A. SINKINS*
RICHARD M. WARE, JR.+
LELLA AMISS E. PAPE*+
KIMBERLEY M. O'HALLORAN-CORDRAY+
MARK A. MOORSTEIN*
PATRICK M. VIA
ROBERT J. CUNNINGHAM, JR.

URSULA A. KOENIG+
RORY K. NUGENT
LESLIE S. BROWN**
DOUGLAS S. LEVY*
COURTNEY B. HARDEN
STEPHEN D. CHARNOFF*
ERIK W. FOX
TARA E. WIEDEMAN
TIFFANY L. BURTON+
KELLY C. ZOOK
KELLIE M. L. BUDD
MAUREEN E. CARR*
WINTA MENGISTEAB+*
KATHLEEN N. MACHADO
LISANDRA E. SANTIAGO+*
ELIZABETH D. CRANSTON
JULIE A. CHASE
MARIAM W. TADROS
DANIEL R. GROPPER, OF COUNSEL*
JAMES M. REES (1941-1986)

* ALSO ADMITTED IN DC
+ ALSO ADMITTED IN MARYLAND
! ALSO ADMITTED IN WEST VIRGINIA
* ALSO ADMITTED TO PATENT BAR

November 25, 2008

By telefax:: 713 977 0119
TiJi Thomas
United Recovery Systems
Houston, TX 77001

Re:  Account No.:
     Cardholder: Jim Whittaker/Mid-Atlantic Telerad, Inc.
     Reference Number: 10737523

Dear Mr. Thomas:

As you know, our firm represents Jim Whittaker and Mid-Atlantic Telerad, Inc.(Mid-Atlantic) in its cardholder dispute with American Express for the above-referenced account. Please direct all future communications to our office.

It is my understanding, based upon my conversations with both you and representatives from American Express, that American Express will not credit our clients' charge account with the fraudulent charges at issue in our discussions, despite the fact that Mr. Whittaker clearly did not sign any of the disputed receipts. This short-sighted strategy by American Express in attempting to strong-arm my clients into paying these disputed charges, followed by its decision to retain your services to collect this supposed debt, shall only serve to generate litigation in which American Express and United Recovery Systems shall be made party defendants. As United Recovery Systems is apparently no stranger to substantial claims of FDCPA violations, you would be best served by immediately foregoing attempted collection of this disputed debt.

Be advised that if you or your company submits adverse reports for either Mr. Whittaker or Mid-Atlantic to credit bureaus based upon this alleged "debt" which is clearly disputed, we will invoke all remedies available under the Fair Debt Collections Practices Act, Fair Credit Reporting Act, and common law generally against you individually, United Recovery Systems, and American Express. In addition, we shall submit this issue and case to appropriate governmental regulatory authorities for investigation and disposition. We shall, in keeping with our position in this matter, periodically pull our clients' credit reports to ensure your compliance with this directive.



EXHIBIT
3

# RB REES BROOME, ᴘ ᴄ
────────────────ATTORNEYS AT LAW

American Express
November 25, 2008
Page 2

    Your immediate attention is requested. Should you have any further questions or comments regarding these matters, please call me.

                  Sincerely,

                  REES BROOME, PC

                  By: _____
                        Robert J. Cunningham, Jr.

cc:    Jim Whittaker
       Mariam Tadros
       Kenneth Chenault
       Edward Leszuneux
       American Express

K:\M11\41049\00009\CORR\081128 Ltr. to Collections Agency