VIRGINIA:

IN THE CIRCUIT COURT OF FAIRFAX

American Express Centurion Bank

    Plaintiff

V.                                    Docket No.: CL-2008-16384

JAMES WHITTAKER

    Defendant

### ORDER OF NON-SUIT

This matter having come before the Court on Plaintiff's Request for Non-suit, it the Plaintiff having represented that no prior non-suit had been taken in this matter, it is by this Court on this __11th__ day of __February__, 20__09__,

ORDERED, that this matter is hereby non-suited and dismissed without prejudice.

JUDGE, CIRCUIT COURT,
FAIRFAX, VIRGINIA

I ASK FOR THIS:

Andrew S. Lerner, VSB 66235
Zwicker & Associates, P.C.
401 Professional Drive, Suite 150
Gaithersburg, MD 20879
alerner@zwickerpc.com
Attorney for Plaintiff

EXHIBIT 5

Copies to:

Andrew S. Lerner, Esq.
Zwicker & Associates, P.C.
401 Professional Drive, Suite 150
Gaithersburg, MD 20879
Attorney for Plaintiff

JAMES WHITTAKER
13233 MIDDLETON FARM LN,
OAK HILL, VA 20171.
Defendant

A COPY TESTE:
JOHN T. FREY, CLERK
BY: _Indumathi S. Sosale_
Deputy Clerk
Date: 2/11/13
Original retained in the office of
the Clerk of the Circuit Court of
Fairfax County, Virginia