## AFFIDAVIT OF JAMES WHITTAKER

I, James Whittaker, individually and on behalf of Mid-Atlantic Telerad, Inc., declare that the following to be true under penalty of perjury:

1. In three separate occassions in April, 2008, my employee and I dined at a restaurant in Japan, while on business.

2. I paid for our meals with my American Express Cards, account numbers

3. During each occasion that I was at the restaurant, the server took my card at the beginning of the meal and held onto my card to secure payment.

4. The server would then provide me with a receipt at the end of my meal and I would sign a receipt, which was in Japanese.

5. After leaving Japan, I discovered that the restaurant had charged over $110,000.00 to my accounts for the meal. I had only spent a few hundred dollars at this restaurant.

6. I had requested the invoices from American Express. Upon review of the invoices, I discovered that the people at the restaurant had forged my signature on receipts.

7. I immediately alerted American Express to this but they continued to pursue a claim against me.

8. Eventually, American Express filed a suit against me, which the attorney for American Express non-suited after hearing my side of the events.

9. I did not sign the receipts that American Express and the restaurant claimed that I signed. The signatures on those receipts do not resemble mine whatsoever.

_/s/ James Whittaker_
James Whittaker

Subscribed, acknowledged and sworn to before me, the undersigned Notary Public in and for the County of __Fairfax__, in the Commonwealth of Virginia, this __10th__ day of __September__, 2010.

_/s/ Leigh Ann Bishop_
Notary Public

_Leigh Ann Bishop_
Printed Name

__7053520__
Registration Number

My Commission Expires:

__10/31/10__

K:\4\4\04900009\PLDNGS\100809 Affidavit of Jim Whittaker.doc



Leigh Ann Bishop
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7053520
My Commission Expires
October 31, 2010

EXHIBIT 7