**Mariam Tadros**

From: Caitlin Anderson [canderson@steingold-angelidis.com]
Sent: Wednesday, January 05, 2011 2:56 PM
To: Mariam Tadros
Subject: Re: AmEx/Whittaker

I really cannot give you a timeline. We have inquired into it several times but each time have been told that AmEx is still investigating. I apologize.

Caitlin A. Anderson
Steingold & Angelidis, PLC
4905 Radford Avenue, Suite 100
Richmond, VA 23230
(804) 355-4359 telephone
(804) 355-5317 fax

----- Original Message -----
From: Mariam Tadros
To: Caitlin Anderson
Sent: Wednesday, January 05, 2011 2:23 PM
Subject: RE: AmEx/Whittaker

When do you think that will be?

From: Caitlin Anderson [mailto:canderson@steingold-angelidis.com]
Sent: Wednesday, January 05, 2011 2:23 PM
To: Mariam Tadros
Subject: Re: AmEx/Whittaker

It appears that American Express is still investigating the matter and has not yet made a decision. We will advise you when we receive an answer.

Thank you.

Caitlin A. Anderson
Steingold & Angelidis, PLC
4905 Radford Avenue, Suite 100
Richmond, VA 23230
(804) 355-4359 telephone
(804) 355-5317 fax

----- Original Message -----
From: Mariam Tadros
To: Caitlin Anderson
Sent: Tuesday, January 04, 2011 9:00 PM
Subject: AmEx/Whittaker

Caitlin,

  Has there been any progress on resolution of this matter? If not, is there anything that can be done to expedite this.

EXHIBIT 8

1/29/2013

Thanks.

Mariam

Mariam Tadros, Esq.
Rees Broome, PC
8133 Leesburg Pike, 9th Floor
Vienna, Virginia 22182
(703) 790-1911
(703) 288-9410 Fax

1/29/2013

**Mariam Tadros**

From: Caitlin Anderson [canderson@steingold-angelidis.com]
Sent: Friday, October 29, 2010 10:23 AM
To: Mariam Tadros
Subject: Re: American Express Bank, FSB v. Jim Whittaker; S&A 101149

Mariam -

We forwarded Mr. Whittaker's affidavit to American Express. Amex is still reviewing the matter. I will let you know when we hear something from them.

Thanks.

Caitlin A. Anderson
Steingold & Angelidis, PLC
4905 Radford Avenue, Suite 100
Richmond, VA 23230
(804) 355-4359 telephone
(804) 355-5317 fax

> ----- Original Message -----
> From: Mariam Tadros
> To: Caitlin Anderson
> Sent: Friday, October 01, 2010 9:52 AM
> Subject: RE: American Express Bank, FSB v. Jim Whittaker; S&A 101149
>
> Caitlin,
>
>   Can you please let me know the status of this case?
>
> Thanks,
>
> Mariam
>
>
> From: Caitlin Anderson [mailto:canderson@steingold-angelidis.com]
> Sent: Monday, August 16, 2010 11:00 AM
> To: Mariam Tadros
> Subject: Re: American Express Bank, FSB v. Jim Whittaker; S&A 101149
>
> Mariam -
>
> The Affidavit must be sworn to before a notary public or some other person authorized to take oaths in Virginia, who must witness and notarize Mr. Whittaker's signature. We need the original Affidavit, not a faxed or emailed copy.
>
> Thanks.
>
> Caitlin A. Anderson
> Steingold & Angelidis, PLC
> 4905 Radford Avenue, Suite 100
> Richmond, VA 23230
> (804) 355-4359 telephone
> (804) 355-5317 fax

1/29/2013

> ----- Original Message -----
> **From:** Mariam Tadros
> **To:** Caitlin Anderson
> **Sent:** Tuesday, August 10, 2010 2:58 PM
> **Subject:** RE: American Express Bank, FSB v. Jim Whittaker; S&A 101149
>
> Caitlin,
>
>   Please see the attached and let me know if you have any questions.
>
> Thanks,
>
> Mariam
>
>
> **From:** Caitlin Anderson [mailto:canderson@steingold-angelidis.com]
> **Sent:** Wednesday, July 28, 2010 1:02 PM
> **To:** Mariam Tadros
> **Subject:** Re: American Express Bank, FSB v. Jim Whittaker; S&A 101149
>
> Mariam -
>
> We have not yet received the affidavit of fraud. Has your client completed one yet? Please advise.
>
> Thanks.
>
> Caitlin A. Anderson
> Steingold & Angelidis, PLC
> 4905 Radford Avenue, Suite 100
> Richmond, VA 23230
> (804) 355-4359 telephone
> (804) 355-5317 fax
>
>> ----- Original Message -----
>> **From:** Mariam Tadros
>> **To:** Caitlin Anderson
>> **Sent:** Friday, July 16, 2010 3:59 PM
>> **Subject:** RE: American Express Bank, FSB v. Jim Whittaker; S&A 101149
>>
>> Caitlin,
>>
>>   You'll receive it by next week.
>>
>> Thanks,
>>
>> Mariam
>>
>>
>> Mariam Tadros, Esq.
>> Rees Broome, PC
>> 8133 Leesburg Pike, 9th Floor
>> Vienna, Virginia  22182

1/29/2013

(703) 790-1911
(703) 288-9410 Fax

---

**From:** Caitlin Anderson [mailto:canderson@steingold-angelidis.com]
**Sent:** Wednesday, July 14, 2010 11:38 AM
**To:** Mariam Tadros
**Subject:** American Express Bank, FSB v. Jim Whittaker; S&A 101149

Mariam -

We are still standing by for the affidavit of fraud. When should we expect to receive it?

Thanks.

Caitlin A. Anderson
Steingold & Angelidis, PLC
4905 Radford Avenue, Suite 100
Richmond, VA 23230
(804) 355-4359 telephone
(804) 355-5317 fax

1/29/2013

## Yvonne Dover

**From:** Caitlin Anderson [canderson@steingold-angelidis.com]
**Sent:** Monday, June 07, 2010 1:18 PM
**To:** Yvonne Dover
**Subject:** Re:

Thank you for the letters attached to your email of May 26, 2010, which you supplied to me following my conversation with Mariam Tadros. In order to continue processing this and to evaluate it as a fraud claim, we would need to see a copy of the police report. We would also need a notarized, sworn statement from Mr. Whittaker regarding his allegations of fraud. Please advise if you are willing to provide the police report and the affidavit and please advise the time frame in which I might receive these items.

Thank you very much for your assistance in this matter.

Stephen A. Angelidis
Steingold & Angelidis, PLC
4905 Radford Avenue, Suite 100
Richmond, VA 23230
(804) 355-4359 telephone
(804) 355-5317 fax