Fraud Operations
P.O. Box 981541
El Paso, TX 79998



James A Whittaker
13233 Middltn Frm Lane
Oak Hill, VA 20171-3836

February 11, 2011

Account Ending In:

Dear James A Whittaker:

Thank you for making us aware of the problem you encountered with your account.

We'd like to speak with you immediately regarding the problem so we can better understand the details of the loss or theft of the card or account number (date, place, circumstances and specific dollar amounts involved).

Please contact us by calling the toll free number on the back of your Card.

Sincerely,

*P. Hopkins*

P. Hopkins
Fraud Services
Dispute Reference Number: VF02417

The issuer of this card is American Express Bank, FSB.

3M02    PHX    201B    FROP    PV5548A    VF02417    TRMUNFR10006002    N    N

**EXHIBIT 9**