02/24/2011  16:03      7037961893                    MID_ATLANTIC_TELERAD                         PAGE   02



American Express
Fraud Operations
P.O. Box 981541
El Paso, TX 79998

February 18, 2011

James A Whittaker
13233 Middlin Frm Lane
Oak Hill, VA 20171-3836

Account Ending In:

Dear James A Whittaker:

Thank you for making us aware of your dispute regarding the above account issued in your name.

The information we received from you does not contain sufficient information for us to conduct a reasonable review of your claim. We have been unable to contact you for additional information, therefore we are closing your fraud claim until such time we receive sufficient additional information.

If you wish to supply us with additional information concerning your claim, please contact us immediately by calling the toll free number on your statement and ask for the Fraud Department.

We regret any inconvenience you may have experienced and assure you of our continued cooperation.

Sincerely,

P. Hopkins

P. Hopkins
Fraud Services
Dispute Reference Number: VF02417

EXHIBIT 10



The Issuer of this card is American Express Bank, FSB.

3M48         PHX         201B       FROP      PV5548A      VF02417     TRMUNFR20016001    N       N