08/22/2012  15:44    7037961893                 MID_ATLANTIC_TELERAD                           PAGE  02



**Correspondence Address**
P.O. BOX 6618
OMAHA, NE 68105-0618

August 05, 2012

| Account Number: | |
|---|---|
| Balance Due: | $163,939.72 |
| Settlement Offer: | $98,363.84 |
| You Save: | $65,575.88 |

Dear JIM WHITTAKER:

### A Settlement Offer

We previously contacted you regarding your outstanding balance on your American Express® account. We have not heard from you, however, we are still willing to help you resolve your balance. For a limited time, you may settle your account for $98,363.84, which represents 60% of the outstanding balance and a savings of $65,575.88.

### You Must Call Us To Accept This Offer

This offer is good until September 04, 2012. Take advantage of this limited time offer by calling us today at 877-486-5002. Our business hours are MONDAY-TUESDAY 7:00AM - 8:00PM, WEDNESDAY-THURSDAY 7:00AM - 7:00PM, FRIDAY 7:00AM - 5:00PM, SATURDAY 8:00AM - 1:00PM CST/CDT. If you plan to send us a payment directly, you must call us to let us know you have accepted this offer. Please use the coupon below when making a direct payment.

### Announcing a Convenient Way To Pay

If you prefer to make a payment via the internet, please log on to www.americanexpress.com/waytopay, using reference code 20166 to access the site and complete your payment transaction. The website is available 24 hours a day, seven days a week worldwide for your convenience.

Sincerely,

*P. Bristow*

P. Bristow
Manager
American Express

| SETTLEMENT OFFER EXPIRES: |
|---|
| September 04, 2012 |



EXHIBIT 11

08/22/2012  15:44    7037961893                    MID_ATLANTIC_TELERAD                        PAGE  03

**Note:** *See reverse for important settlement information. Failure to respond to this communication may result in further collection efforts to recover the outstanding balance due on this account.

Return lower portion in the enclosed envelope (make sure address appears through window)



| Notice Date: | August 05, 2012 |
|---|---|
| Account Number: | |
| Offer Amount: | $98,363.84 |
| Offer Expires: | September 04, 2012 |

Pay by phone or via the web. See details above.

Amount Enclosed $_____

Make Payment To:



JIM WHITTAKER
45945 TREFOIL LN
STERLING, VA 20166-4343

11676-3

AMERICAN EXPRESS
P.O. BOX 360001
FT. LAUDERDALE, FL 33336-0001

3 - 11676 - AMICHQ

**A Note About Settling Your Account:**

By accepting this amount, American Express® releases you (Corporation or Individual) only of further liability on this specific amount. Once we have received the full payment, your settlement balance will be satisfied. We will report your settlement agreement to credit bureau agencies. No attempts will be made to collect the remaining balance which would need to be paid before American Express processes any future applications that you may choose to submit for an American Express account(s) or Corporate Card. Notwithstanding the foregoing, future applications may still be declined based on the credit criteria in place at the time the application is submitted.