# RB  REES BROOME, PC
──────────────────── ATTORNEYS AT LAW

1900 Gallows Road, Suite 700
Tysons Corner, Virginia 22182
Phone: (703) 790-1911
Fax: (703) 848-2530
www.reesbroome.com

7430 Heritage Village Plaza, Suite 202
Gainesville, Virginia 20155
Phone: (571) 261-1970
Fax: (571) 261-5873

4800 Hampden Lane, Suite 200
Bethesda, Maryland 20814
Phone: (301) 222-0152
Fax: (240) 482-4868

JOEL M. BIRKEN*
JONATHAN J. BROOME, JR.
JOHN F. BOLAND*
JUAN R. CARDENAS
BRUCE E. TITUS*+
PETER S. PHILBIN+
WILLIAM P. DALY, JR.+
ANDREW B. GOLKOW*
SUSAN RICHARDS SALEN*+
MARK P. GRAHAM
TODD A. SINKINS*
MARK A. MOORSTEIN*
ROBERT J. CUNNINGHAM, JR.+
KIMBERLEY M. O'HALLORAN-CORDRAY+*
DAVID J. CHARLES*
PATRICK M. VIA
JAMES M. LEWIS*
URSULA KOENIG BURGESS+
ANDREW N. FELICE*
RORY K. NUGENT, SR. MANAGING COUNSEL

* ALSO ADMITTED IN DC
+ ALSO ADMITTED IN MARYLAND
‡ ALSO ADMITTED IN WEST VIRGINIA
· ALSO ADMITTED TO PATENT BAR

LESLIE S. BROWN**
DOUGLAS S. LEVY*+
COURTNEY D. HARDEN
STEPHEN D. CHARNOFF*
ERIK W. FOX*
TIFFANY L. BURTON+
KELLY C. ZOOK
MAUREEN E. CARR*
WINTA MENGISTEAB+*
KATHLEEN N. MACHADO*
HILLARY ANNE COLLINS+*
ALISON R. MULLINS*
MARIAM W. TADROS*
JOSEPH J. SHANNON
MARGUERITE L. SELTON

SENIOR COUNSEL:
ROBERT W. WOOLDRIDGE, JR.
OF COUNSEL:
DANIEL R. GROPPER*

JAMES M. REES (1941-1995)

December 18, 2012

**TELEFAX**

American Express
P.O. Box 981532
El Paso, TX 79998
Attention: Fraud Investigation/Customer Service

   Re: American Express/ Jim Whittaker

To Whom It May Concern:

  I am writing regarding an adverse credit entry on Mr. Whittaker's report submitted by American Express ("AMEX"). This adverse credit entry arises from a dispute between Mr. Whittaker and AMEX regarding unauthorized charges on Mr. Whittaker's account in approximately 2008.

  While Mr. Whittaker was dining in a restaurant in Japan, while on business, he paid for his meal with his AMEX card. Unbeknownst to him, the server fraudulently charged approximately $110,000.00 on the card. We attempted to resolve this dispute with AMEX. However, AMEX was uncooperative and filed suit against Mr. Whittaker. In response, we immediately filed pleadings evidencing that Mr. Whittaker's signature was not on any of the alleged "receipts" for the $110,000.00 purchases. Immediately after our filing these pleadings, AMEX dropped the suit and removed the adverse entry from Mr. Whittaker's report. Today, we have learned that American Express has, once again, resubmitted their erroneous entry on Mr. Whittaker's report. Given that AMEX decided to no longer pursue this claim and had previously removed the entry from Mr. Whittaker's report, we are surprised that AMEX would re-report this false entry. However, please rest assured that the adverse entry is entirely erroneous and baseless.

  We have attached correspondence that was previously submitted to AMEX that details the dispute. As you will see, AMEX has failed to properly investigate and resolve this matter and its failure to do so has resulted in substantial damage for Mr. Whittaker, who has failed to qualify for certain loans, even though he has excellent credit. It is AMEX's actions that have directly led

**EXHIBIT 12**

# RB  REES BROOME, PC
ATTORNEYS AT LAW

December 18, 2012
Page 2

to the denial and are no doubt a violation of the Fair Credit Reporting Act and Fair Billing Reporting Act. If AMEX does not remove these items from Mr. Whittaker's credit report within thirty days of the date of this letter, Mr. Whittaker will initiate legal action and seek recovery of his damages, attorneys fees, costs and civil penalties for AMEX's willful and repeated violation. We hope that you give this letter due attention and not simply ignore it, as you seem to have done with prior correspondence.

We look forward to your prompt response.

Sincerely,

REES BROOME, PC

By: _____
Robert J. Cunningham, Jr.

cc: James Whittaker
    Experian
    TransUnion
    Equifax

K:\41\41049\00009\CORR\121211 Letter to American Express.doc

# RB  REES BROOME, PC
―――――――――――――ATTORNEYS AT LAW

8133 Leesburg Pike, Ninth Floor
Vienna, Virginia 22182-2706
Phone: (703) 790-1911
Fax: (703) 848-2530
www.reesbroome.com

7430 Heritage Village Plaza, Suite 202
Gainesville, Virginia 20155
Phone: (571) 261-1970
Fax: (571) 261-5873

JOEL M. BIRKEN*
JONATHAN J. BROOME, JR.
JOHN F. BOLAND*
JUAN R. CARDENAS
BRUCE E. TITUS*+
PETER S. PHILBIN+
WILLIAM P. DALY, JR.
ANDREW B. GOLKOW*
SUSAN RICHARDS SALEN*+
MARK P. GRAHAM
TODD A. SINKINS*
MARK A. MOORSTEIN*
ROBERT J. CUNNINGHAM, JR.
LELLA AMISS E. PAPE*+·
KIMBERLEY M. O'HALLORAN-CORDRAY+·
PATRICK M. VIA
JAMES M. LEWIS*

DANIEL R. GROPPER, OF COUNSEL·
RICHARD M. WARE, JR., OF COUNSEL+

* ALSO ADMITTED IN DC
+ ALSO ADMITTED IN MARYLAND
* ALSO ADMITTED IN WEST VIRGINIA
· ALSO ADMITTED TO PATENT BAR

URSULA KOENIG BURGESS+
RORY K. NUGENT
LESLIE S. BROWN**
DOUGLAS S. LEVY*
COURTNEY B. HARDEN
STEPHEN D. CHARNOFF*
ERIK W. FOX*
TIFFANY L. BURTON+
KELLY C. ZOOK
KELLIE M. L. BUDD
MAUREEN E. CARR*
WINTA MENGISTEAB+*
KATHLEEN N. MACHADO*
LISANDRA E. SANTIAGO+*
ELIZABETH D. CRANSTON
NICHOLE O. FLIPPEN*
HILLARY ANNE COLLINS+*
JULIE A. CHASE
MARIAM W. TADROS
SPIROS D. KOMIS

SENIOR COUNSEL:
ROBERT W. WOOLDRIDGE, JR.

JAMES M. REES (1941-1986)

January 22, 2010

**TELEFAX**

Debbie Bell
American Service Center
Fax: 703-525-2066

   Re:  American Express v. Whittaker

Dear Mr. Bell:

  I am writing regarding an adverse credit entry on Mr. Whittaker's report submitted by American Express ("AMEX"). This adverse credit entry arises from a dispute between Mr. Whittaker and AMEX regarding unauthorized charges on Mr. Whittaker's account in approximately 2008.

  While Mr. Whittaker was dining in a restaurant in Japan, while on business, he paid for his meal with his AMEX card. Unbeknownst to him, the server charged approximately $110,000.00 on the card. We attempted to resolve this dispute with AMEX. However, AMEX was uncooperative and filed suit against Mr. Whittaker. In response, we immediately filed pleadings evidencing that Mr. Whittaker's signature was not on any of the alleged "receipts" for the $110,000.00 purchases. Immediately after our filing these pleadings, AMEX dropped the suit and removed the adverse entry from Mr. Whittaker's report. Today, we have learned that American Express resubmitted their erroneous entry on Mr. Whittaker's report. Given that AMEX decided to no longer pursue this claim, we are surprised that AMEX would re-report this entry. However, please rest assured that the adverse entry is entirely erroneous and baseless.

  Based upon these recent developments, we shall contact AMEX and the appropriate credit reporting agencies to correct this error. In addition, enclosed please find a copy of the correspondence dated November 28, 2008 which outlines and describes the core dispute at issue with AMEX.

# RB REES BROOME, PC
─────────────── ATTORNEYS AT LAW

Debbie
January 22, 2010
Page 2

Please contact me if you have any questions or concerns.

Sincerely,

REES BROOME, PC

By: _____
Robert J. Cunningham, Jr.

cc:   James Whittaker

# RB REES BROOME,

### ATTORNEYS AT LAW

8133 Leesburg Pike, Ninth Floor
Vienna, Virginia 22182-2706
Phone: (703) 790-1911
Fax: (703) 848-2530
www.reesbroome.com

7430 Heritage Village Plaza, Suite 202
Gainesville, Virginia 20155
Phone: (571) 261-1970
Fax: (571) 261-5873

JOEL M. BIRKEN*
JONATHAN J. BROOME, JR.
JOHN F. BOLAND*
JUAN R. CARDENAS
BRUCE E. TITUS*+
PETER S. PHILBIN+
WILLIAM P. DALY, JR.
ANDREW B. GOLKOW*
SUSAN RICHARDS SALEN*+
MARK P. GRAHAM
TODD A. SINKINS*
RICHARD M. WARE, JR.+
LELLA AMISS E, PAPE*+
KIMBERLEY M. O'HALLORAN-CORDRAY+
MARK A. MOORSTEIN*
PATRICK M. VIA
ROBERT J. CUNNINGHAM, JR.

URSULA A. KOENIG+
RORY K. NUGENT
LESLIE S. BROWN**
DOUGLAS S. LEVY*
COURTNEY B. HARDEN
STEPHEN D. CHARNOFF*
ERIK W. FOX
TARA E. WIEDEMAN
TIFFANY L. BURTON+
KELLY C. ZOOK
KELLIE M. L. BUDD
MAUREEN E. CARR*
WINTA MENGISTEAB+*
KATHLEEN N. MACHADO
LISANDRA E. SANTIAGO+*
ELIZABETH D. CRANSTON
JULIE A. CHASE
MARIAM W. TADROS
DANIEL R. GROPPER, OF COUNSEL*
JAMES M. REES (1941-1996)

* ALSO ADMITTED IN DC
+ ALSO ADMITTED IN MARYLAND
* ALSO ADMITTED IN WEST VIRGINIA
* ALSO ADMITTED TO PATENT BAR

November 25, 2008

**By telefax:: 713 977 0119**
TiJi Thomas
United Recovery Systems
Houston, TX 77001

Re:   Account No.:
      Cardholder: Jim Whittaker/Mid-Atlantic Telerad, Inc.
      Reference Number: 10737523

Dear Mr. Thomas:

As you know, our firm represents Jim Whittaker and Mid-Atlantic Telerad, Inc.(Mid-Atlantic) in its cardholder dispute with American Express for the above-referenced account. Please direct all future communications to our office.

It is my understanding, based upon my conversations with both you and representatives from American Express, that American Express will not credit our clients' charge account with the fraudulent charges at issue in our discussions, despite the fact that Mr. Whittaker clearly did not sign any of the disputed receipts. This short-sighted strategy by American Express in attempting to strong-arm my clients into paying these disputed charges, followed by its decision to retain your services to collect this supposed debt, shall only serve to generate litigation in which American Express and United Recovery Systems shall be made party defendants. As United Recovery Systems is apparently no stranger to substantial claims of FDCPA violations, you would be best served by immediately foregoing attempted collection of this disputed debt.

Be advised that if you or your company submits adverse reports for either Mr. Whittaker or Mid-Atlantic to credit bureaus based upon this alleged "debt" which is clearly disputed, we will invoke all remedies available under the Fair Debt Collections Practices Act, Fair Credit Reporting Act, and common law generally against you individually, United Recovery Systems, and American Express. In addition, we shall submit this issue and case to appropriate governmental regulatory authorities for investigation and disposition. We shall, in keeping with our position in this matter, periodically pull our clients' credit reports to ensure your compliance with this directive.

# RB REES BROOME, PC

———————————ATTORNEYS AT LAW

American Express
November 25, 2008
Page 2

      Your immediate attention is requested. Should you have any further questions or comments regarding these matters, please call me.

      Sincerely,

      REES BROOME, PC

      By: _____
      Robert J. Cunningham, Jr.

cc:  Jim Whittaker
      Mariam Tadros
      Kenneth Chenault
      Edward Leszuneux
      American Express

K:\14\14 1049\00009\CORR\081128 Ltr. to Collections Agency

# RB  REES BROOME, P.
### ATTORNEYS AT LAW

8133 Leesburg Pike, Ninth Floor
Vienna, Virginia 22182-2706
Phone: (703) 790-1911
Fax: (703) 848-2530
www.reesbroome.com

7430 Heritage Village Plaza, Suite 202
Gainesville, Virginia 20155
Phone: (571) 261-1970
Fax: (571) 261-5873

JOEL M. BIRKEN*
JONATHAN J. BROOME, JR.
JOHN F. BOLAND*
JUAN R. CARDENAS
BRUCE E. TITUS*+
PETER S. PHILBIN+
WILLIAM P. DALY, JR.
ANDREW B. GOLKOW*
SUSAN RICHARDS SALEN*+
MARK P. GRAHAM
TODD A. SINKINS*
RICHARD M. WARE, JR.+
LELLA AMISS E. PAPE*+
KIMBERLEY M. O'HALLORAN-CORDRAY+
MARK A. MOORSTEIN*
PATRICK M. VIA
ROBERT J. CUNNINGHAM, JR.

URSULA A. KOENIG+
RORY K. NUGENT
LESLIE S. BROWN**
COURTNEY B. HARDEN
STEPHEN D. CHARNOFF*
ERIK W. FOX
TARA E. WIEDEMAN
TIFFANY L. BURTON+
KELLY C. ZOOK
KELLIE M. L. BUDD
MAUREEN E. CARR*
WINTA MENGISTEAB+*
KATHLEEN N. MACHADO
LISANDRA E. SANTIAGO+*
ELIZABETH D. CRANSTON
JULIE A. CHASE
MARIAM W. TADROS
DANIEL R. GROPPER, OF COUNSEL*
JAMES M. REES (1941-1988)

* ALSO ADMITTED IN DC
+ ALSO ADMITTED IN MARYLAND
■ ALSO ADMITTED IN WEST VIRGINIA
♦ ALSO ADMITTED TO PATENT BAR

October 17, 2008

American Express
P.O. Box 981532
El Paso, TX 79998
Attention: Fraud Investigation/Customer Service

   Re: Account No.:
     Cardholder: Jim Whittaker/Mid-Atlantic Telerad

To Whom it May Concern:

  This letter will serve to confirm our telephone conversation yesterday with "Penny" in American Express's Fraud Investigation Unit. Consistent with our discussion with "Penny", we have indicated to her that based upon information provided by American Express to our client under letter dated June 30, 2008, that there is <u>conclusive</u> evidence that the Japanese merchant that is the subject of this investigation committed fraud and theft in connection with my client's American Express card. I have enclosed, for your review, credit card charge slips obtained from the merchant and provided by American Express that unequivocally demonstrates that the signatures on these receipts are forged and fraudulent. <u>None</u> of the signatures match each other, and <u>none</u> of the signatures match Mr. Whittaker's original signature, which you can presumably verify through your own internal databases. This initial issue, on its face, is a clear indication that as Mr. Whittaker has claimed, the Japanese merchant committed fraud and outright theft in connection with Mr. Whittaker's American Express card.

  At issue are credit charges totaling approximately $120,000.00 from the offending merchant. We would formally request that American Express immediately open a new fraud investigation file in this matter to fully and fairly investigate the facts and circumstances of the fraudulent charges at issue here. Further, it is my understanding that notwithstanding these clear indices of fraud, that American Express has formally submitted adverse credit entries in Mr. Whittaker's credit report which, based upon the circumstances of this case and investigation, is absolutely unwarranted. We request and demand that all adverse credit entries against Mr. Whittaker's credit be suspended and held in abeyance pending conclusion of American Express's investigation of these fraudulent charges. In the event American Express fails to undertake immediate measures to promptly investigate the fraudulent charges at issue in this correspondence and in your file, and fails to remove and hold in abeyance the adverse credit entries submitted against Mr. Whittaker's credit report, we will unfortunately have to file formal proceedings against American Express to fully protect Mr. Whittaker's rights and interests.

# RB  REES BROOME, P\_
─────────────ATTORNEYS AT LAW

American Express
October 17, 2008
Page 2

Hopefully, this will not be necessary. And, to reiterate, Mr. Whittaker is fully prepared to immediately pay all legitimate authorized charges, once those are determined.

Finally, Mr. Whittaker shall be contacting American Express to authorize American Express to mail all future correspondence pertaining to his account and these matters to my attention at my offices at the address above. And, consistent with my prior letter of representation to you, please send me copies of both the cardholder Agreement and merchant Agreement in effect at the time of the April, 2008 charges.

Thank you for your consideration and attention, and should you have any further questions or comments regarding these matters, please call me.

Sincerely,

REES BROOME, PC

By: _____
Robert J. Cunningham, Jr.

RJC:hsb
Enclosure
cc: Jim Whittaker
    Mariam Tadros

K:\41\41049\00009\CORR\081016 ltr. to American Express.doc



## Receipt No. 07205

**Lakshimi** No. 07205

Name: _____ 様   4月2日

| Table No. | Persons | IN | : |
|---|---|---|---|
|  | 2 | OUT | : |

| Hostess Name | Article | Amount | An Amount of Money |
|---|---|---|---|
|  | NO. 7204 |  |  |
|  | 3:00 ~ 4:00 | 2 | 12,000 |
|  | シャンパン |  | 120,000 |
|  | シャンパン |  | 120,000 |
| MAYA KELLY YUME | シャンパン |  | 120,000 |
| ANDY KELLY YUME YSSA MAYA | シャンパン |  | 120,000 |
| YUME | T.D |  | 3,000 |
| YSSA | T.D |  | 3,000 |
| ABBY | シャンパン |  | 120,000 |
| 小 計 (Sub Total) £18,000 | ¥ | | 1,356,000 |
| 税・サ (Tax & Service 20%) | ¥ | | 271,200 |
| 合 計 (Grand Total) | ¥ | | 1,627,200 |

## Receipt No. 07204

**Lakshimi** No. 07204

Name: _____ 様   4月2日

| Table No. | Persons | IN | : |
|---|---|---|---|
|  | 2 | OUT | : |

| Hostess Name | Article | Amount | An Amount of Money |
|---|---|---|---|
|  | 2:00 ~ 3:00 | 2 | 12,000 |
| MAYA KELLY ANDY | シャンパン |  | 120,000 |
| RUBY YUME YSSA | シャンパン | ... | 120,000 |
| MAYA KELLY ANDY | シャンパン |  | 120,000 |
| RUBY YUME YSSA | シャンパン |  | 120,000 |
| YUME | T.D |  | 3,000 |
| YSSA | T.D |  | 3,000 |
| RUBY YUME YSSA | シャンパン |  | 120,000 |
| ANDY KELLY MAYA | シャンパン |  | 120,000 |
| 小 計 (Sub Total) 1,133,000 | ¥ | | 1,356,000 |
| 税・サ (Tax & Service 20%) | ¥ | | 271,200 |
| 合 計 (Grand Total) | ¥ | | 1,627,200 |

Total amount



| Lakshimi | No. 07186 | | | | Lakshimi | No. 07185 | | |
|---|---|---|---|---|---|---|---|---|
| Name 様 | | 月 | 日 | | Name 様 | | 月 | 日 |
| Table No. | Persons | IN | : | | Table No. | Persons | IN | 3:00 |
| | 7 | OUT | : | | | 2 | OUT | 4:00 |
| Hostess Name | Article | 程度 | An Amount of Money | | Hostess Name | Article | 程度 | An Amount of Money |
| | No. 7185 | | | | | 7000 | 2 | |
| | | | | | ANDY / RURI | シャンパン | | 120000 |
| | | | | | MOMO / MAYA | シャンパン | | 20000 |
| | | | | | ANDY / RURI | シャンパン | | 20000 |
| | | | | | MOMO / MAYA | シャンパン | | 20000 |
| | | | | | ANDY/MOMO/RURI/MAYA | シャンパン | | 20000 |
| | | | | | (illegible) | シャンパン | | 20000 |
| JOJO | シャンパン | | 20000 | | MAYA / KELLY | シャンパン | | 20000 |
| チンク | シャンパン | | 20000 | | MOMO / ANDY | シャンパン | | 20000 |
| 小計 (Sub Total) | | ¥ | | | 小計 (Sub Total) GRAND | | ¥ | 124000 |
| 税・サ (Tax & Service 20%) | | ¥ | | | 税・サ (Tax & Service 20%) | | ¥ | 24800 |
| 合計 (Ground Total) | | ¥ | | | 合計 (Ground Total) | | ¥ | 456800 |

Total amount

**Receipt 1 (Lakshimi, No. 07234)**

| Hostess Name | Article | Persons | Amount |
|---|---|---|---|
| | NO. 17232 | | |
| ANDY | ピザ | 4 | 10000 |
| YSSA | カラアゲ | 4 | 10000 |
| ANDY LOVELY YSSA PURIN | YUME ドンペリ ロゼ | | 120000 |
| ANDY LOVELY YSSA PURIN | YUME ドンペリ ロゼ | | 120000 |
| | TIP | | 30000 |
| ANDY YSSA LOVELY MOMO PURIN YUME | ドンペリ ロゼ | | 120000 |
| | ドンペリ 白 | | 120000 |
| | TIP | | 40000 |

Table No. 2 — IN 9:40 OUT 1:00 — 4月25日

小 計 (Sub Total) 570000 ¥
税・サ (Tax & Service 20%) ¥
合 計 (Grand Total) ¥

**Receipt 2 (No. 17232)**

| Hostess Name | Article | Persons | Amount |
|---|---|---|---|
| | NO. 17232 | | |
| | 11:00 ~ 12:20 | 2 | 12000 |
| | アンディ | 本 | 3000 |
| | イサ | 本 | 3000 |
| | ラブリー | 本 | 3000 |
| | ユメ | 本 | 3000 |
| YUME | サハイボール | 4 | 10000 |
| LOVELY | ピザ | 4 | 10000 |

Table No. 2 — IN 9:40 OUT 1:00 — 4月25日

小 計 (Sub Total) 44000 ¥
税・サ (Tax & Service 20%) ¥
合 計 (Grand Total) ¥

AMERICAN EXPRESS

| Lakshimi | | № 07239 | |
|---|---|---|---|
| Name. | | 様 | 4月25日 |

| テーブルNO. Table No. | 人計 Persons | IN | 9:40 |
|---|---|---|---|
| | 2 | OUT | 11:00 |

| ホステス名 Hostess Name | 品 名 Article | 数量 Amount | 売 上 The Amount of Money |
|---|---|---|---|
| | ND₁ 17232 | | |
| | | | |
| | | | |
| LIVELY YSSA | ドリンク | | 120000 |
| ANDY PURIN | ドリンク | | 120000 |
| ANDY YUME | ドリンク | | 120000 |
| YSSA LOVELY | ドリンク | | 120000 |
| LOVEY ANDY | ドリンク | | 120000 |
| YSSA MOMO | ドリンク | | 120000 |
| 小 計 (Sub Total) | | ¥ | |
| 税・サ (Tax & Service 20%) | | ¥ | |
| 合 計 (Grand Total) | | ¥ | |



## Receipt No. 07232

**Lakshimi** No. 07232

Name: 様  4月25日

| テーブルNO. Table No. | 人員 Persons | IN | 9:40 |
|---|---|---|---|
| | 2 | OUT | 11:00 |

| ホステス名 Hostess Name | 名 名 Article | 数量 Amount | 金 額 An Amount of Money |
|---|---|---|---|
| | 6000 | 2 | 12000 |
| | アンディ | 回 | 9000 |
| | イサ | 回 | 9000 |
| | ユメ | 回 | 9000 |
| | ラヴリー | 回 | 9000 |
| | TIP | | 20000 |
| | TIP | | 20000 |
| ANDY YSSA | ドンペリ 口化 | | 120000 |
| YUME LOVELY | ドンペリ 口化 | | 120000 |
| 小 計 (Sub Total) 328000 | | ¥ | |
| 税・サ (Tax & Service 10%) | | ¥ | |
| 合 計 (Ground Total) | | ¥ 28914400 | |

↑
Total amount

## Receipt No. 07233

**Lakshimi** No. 07233

Name: 様  4月25日

| テーブルNO. Table No. | 人員 Persons | IN | 9:40 |
|---|---|---|---|
| | 2 | OUT | 11:00 |

| ホステス名 Hostess Name | 名 名 Article | 数量 Amount | 金 額 An Amount of Money |
|---|---|---|---|
| | NO 7232. | | |
| | ドンペリ 口化 | | 120000 |
| | ドンペリ 口化 | | 120000 |
| アンディ イサ ユメ | ドンペリ 口化 | | 120000 |
| ラヴリー ユメ | ドンペリ 口化 | | 120000 |
| | TIP | | 20000 |
| ANDY YSSA YUME LOVELY | ドンペリ 口化 | | 120000 |
| | TIP | | 10000 |
| MAYA KELLY | ドンペリ 口化 | | 120000 |
| 小 計 (Sub Total) 775000 | | ¥ | |
| 税・サ (Tax & Service 10%) | | ¥ | |
| 合 計 (Ground Total) | | ¥ | |