American Express
Fraud Operations
P.O. Box 981541
El Paso, TX 79998



www.americanexpress.com

հվիս֊ilhn֊llmllﬠlﬠնլ֊ﬠlﬠﬠիﬠllﬠﬠﬠﬠﬠﬠﬠﬠllﬠﬠﬠﬠﬠﬠlﬠﬠﬠﬠﬠﬠﬠﬠﬠﬠﬠﬠﬠﬠﬠﬠ

December 25, 2012

Jim Whittaker
13233 Middltn Frm Lane
Oak Hill, VA 20171-3836

Account Ending In:

Dear Jim Whittaker:

We have investigated your recent claim for $58,676.31.

You may now choose to receive your future Account Communications from us by e-mail. To set up this convenient option now, please visit your Profile & Preferences at www.americanexpress.com/selectemail and go to the Communication Preferences tab.

Please be advised our previous decision stands. Therefore, you may consider this case closed.

Thank you for the opportunity to assist you with this matter. If you have any further questions, please contact one of our Service Representatives at the telephone number listed on your statement.

Sincerely,

P. Hopkins

P. Hopkins
Fraud Services
Dispute Reference Number: UG79825



EXHIBIT
13

The issuer of this card is American Express Bank, FSB