# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

|  |  |
|---|---|
| JAMES A. WHITTAKER, | |
| Plaintiff, | Case No.  1:13 cv 1175 |
| v. | |
| AMERICAN EXPRESS CENTURION BANK | |
| and | |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. , | |
| Defendants. | |

**DEFENDANTS' FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for **American Express Centurion Bank** and **American Express Travel Related Services Company, Inc.** in the above captioned action, certifies that the following are parents, trusts, subsidiaries, and/or affiliates of said parties that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

American Express Centurion Bank, a Utah chartered financial institution, is a wholly owned subsidiary of American Express Travel Related Services Company, Inc., a New York corporation, which is wholly owned by American Express Company, a New York corporation which is publicly owned and traded.  Warren Buffet/Berkshire Hathaway, Inc. owns more than

6205823v1

- 2 -

10% of the stock of American Express Company.  There are no other publicly-held companies that own more than 10% of American Express Company.

Dated: January 10, 2014                                    Respectfully submitted,

                                           /s/ David A. Felt
                                        David A. Felt (Va. Bar No. 19792)
Sara M. Lord
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Ave., NW
Suite 1000
Washington, DC  20006
Telephone:     202.677.4044
Facsimile:     202.677.4045
david.felt@agg.com
sara.lord@agg.com


Attorneys for Defendants
American Express Centurion Bank &
American Express Travel Related Services
Company, Inc.

- 2 -

6205823v1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2014, a copy of the foregoing

Defendants' Financial Disclosure Statement was served via the Court's CM/ECF system to the

Clerk, which will also notify the following persons that such filing has been made:

Robert J. Cunningham, Jr.
Virginia State Bar No. 27547
Counsel for James A. Whittaker
REES BROOME, PC
1900 Gallows Road, Seventh Floor
Tysons Corner, VA 22182
(703) 790-1911 (phone)
(703) 848-2530 (fax)
rcunningham@reesbroome.com

Mariam W. Tadros
Virginia State Bar No. 75502
Counsel for James A. Whittaker
REES BROOME, PC
1900 Gallows Road, Seventh Floor
Tysons Corner, VA 22182
(703) 790-1911 (phone)
(703) 848-2530 (fax)
mtadros@reesbroome.com


 s/s David A. Felt
David A. Felt (Va. Bar No. 19792)
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Ave., NW
Suite 1000
Washington, DC  20006
Telephone:     202.677.4044
Facsimile:     202.677.4045
david.felt@agg.com

- 3 -

6205823v1