IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| JAMES A. WHITTAKER | : | |
| Plaintiff | : | |
| v. | : | Case No. 1:13cv1175 |
| AMERICAN EXPRESS CENTURION BANK, ET AL | : | |
| Defendants | : | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Plaintiff James A. Whittaker, by counsel, and Defendants American Express Centurion Bank and American Express Travel Related Services Company, Inc., by counsel, hereby notify the Court that Plaintiff, with the consent and stipulation of Defendants, hereby **DISMISSES WITHOUT PREJUDICE** his Complaint in this matter, *Whittaker v. American Express Centurion Bank, et al*, United States District Court for the Eastern District of Virginia Case No. 1:13cv1175. The clerk is respectfully requested to note said lawsuit as dismissed without prejudice.

Per Fed. R. Civ. P. 41(a)(1)(A)(ii), this Stipulation of Dismissal without Prejudice does not require an Order of this Court, as all parties who have appeared stipulate to the dismissal.

Dated: July 15, 2014

| | |
|---|---|
| /s/ Mariam W. Tadros | /s/ Edward Marshall |
| Robert J. Cunningham, Jr. | David A. Felt |
| Mariam W. Tadros | Sara Lord |
| Virginia State Bar No. 75502 | Edward Marshall |
| Counsel for James A. Whittaker | ARNALL GOLDEN GREGORY, LLP |
| REES BROOME, PC | 1775 Pennsylvania Avenue, NW |
| 1900 Gallows Road, Seventh Floor | Suite 1000 |
| Tysons Corner, Virginia 22182 | Washington, D.C. 20006 |
| (703) 790-1911 (phone) | (202) 677-4045 (fax) |
| (703) 848-2530 (fax) | david.felt@agg.com |
| rcunningham@reesbroome.com | sara.lord@agg.com |
| mtadros@reesbroome.com | Edward.Marshall@agg.com |
| Counsel for James A. Whittaker | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed using the CM/ECF system, which will automatically send a copy of the foregoing to:

> David A. Felt
> Sara Lord
> Edward Marshall
> ARNALL GOLDEN GREGORY, LLP
> 1775 Pennsylvania Avenue, NW
> Suite 1000
> Washington, D.C. 20006
> (202) 677-4045 (fax)
> david.felt@agg.com
> sara.lord@agg.com
> Edward.Marshall@agg.com
> *Counsel for Defendants*

this 15th day of July, 2014.

>   /s/ Mariam W. Tadros
> Mariam W. Tadros
> Virginia State Bar No. 75502
> Counsel for James A. Whittaker
> REES BROOME, PC
> 1900 Gallows Road, Seventh Floor
> Tysons Corner, Virginia 22182
> (703) 790-1911 (phone)
> (703) 848-2530 (fax)
> mtadros@reesbroome.com